UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MARC TRAUTMAN
on behalf of himself and all
others similarly situated,

        Plaintiff,                          Case No. 20-cv-43

    v.

MIDWEST COMPOSITE TECHNOLOGIES, LLC

        Defendant

## ORDER

This Court GRANTS the parties' Joint Motion for Final Settlement Approval, (ECF No. 37), APPROVES the parties' Settlement Agreement, (ECF No. 17-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL, and ORDERS the following:

1.    The WWPCL Class is certified pursuant to FED.R.CIV.P. 23 and the FLSA Collective is certified pursuant to 29 U.S.C. § 216(b);

2.    The Settlement Agreement is approved as fair, reasonable, and adequate as it applies to the WWPCL Class and FLSA Collective;

3.    Marc Trautman is appointed as Class Representative for the WWPCL Class and FLSA Collective;

4.    Walcheske & Luzi, LLC is appointed as counsel for the WWPCL Class and FLSA Collective;

5.    The Settlement Agreement is binding on the Parties;

6.      The Settlement Class members' released claims are dismissed with prejudice;

7.      The FLSA Claims of the Putative Collective Members who did not timely and properly file a Consent to Join Form with this Court in full accordance with the procedures set forth in the Settlement Agreement are dismissed without prejudice;

8.      The WWPCL Claims of the Putative Class Members who properly and timely excluded themselves in full accordance with the procedures set forth in the Settlement Agreement are dismissed without prejudice;

9.      Plaintiff's unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF No. 31), in the amount of $40,092.00 is Granted;

10.     Plaintiff's unopposed Motion for Approval of Service Award, (ECF No. 36), in the amount of $5,000.00 is Granted; and

11.     This case is dismissed on the merits and with prejudice.


Dated this _____ day of November, 2021


_____
STEPHEN C. DRIES
United States Magistrate Judge