# United States District Court
## Eastern District of Wisconsin

**MARC TRAUTMAN,**
on behalf of himself and all
others similarly situated,

        Plaintiff(s),

    v.

**MIDWEST COMPOSITE TECHNOLOGIES LLC,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 21-CV-43

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the parties' Joint Motion for Final Settlement Approval, (ECF No. 37) is **GRANTED**. The court **APPROVES** the parties' Settlement Agreement, (ECF No. 17-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL.

    **IT IS FURTHER ORDERED** that plaintiff's unopposed Motion for Approval of Attorneys' Fees and Costs, (ECF No. 31), in the amount of $40,092.00 is **GRANTED.**

    **IT IS FURTHER ORDERED** that Plaintiff's unopposed Motion for Approval of Service Award, (ECF No. 36), in the amount of $5,000.00 is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is dismissed on the merits and with prejudice.

        Approved:

        *[signature: Stephen C. Dries]*
        STEPHEN C. DRIES
        United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 15th day of November, 2021.

        GINA M. COLLETTI
        Clerk of Court

        *s/ Tony Byal*
        (By) Deputy Clerk